JOHN OFTEN, complainant,

*v.*

GEORGE STOUT, defendant.

[Decided July 22d, 1924.]

### Restraint Pendente Lite—Conditional.

On order to show cause.

*Mr. Walter C. Sedam,* for the complainant.

*Mr. Max A. Sturm,* for the defendant.

BUCHANAN, V. C.

My conclusion is that the restraint *pendente lite* should be granted, upon condition, however, that the complainant pay in to the clerk of this court the nine hundred dollars ($900), balance of the alleged cash portion of the purchase price. If such payment be made to the clerk before July 29th, 1924, an order continuing the restraint *pendente lite* will be allowed.